| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sargis, Ronald H. | 2. Court or Organization U.S. Bankruptcy Court, Eastern District of California | 3. Date of Report 05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article I Bankruptcy Judge, Full-Time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95864

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trurstee - Trust #1 | Trust #1 Fmaily Member 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | University of Pacific, McGeorge School of Law -- Co-Teaching Bankruptcy Course | $3,087.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | State of California, California Department of Public Health --- Salary |
| 2. 2017 | CalPERS - State of California Retirement |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 04/3/17 - 04/06/17 | Washington, DC | Meeting With AO, Informational Meeting With Members of Congress | Airfare, Lodging, Meals, Cab/Metro, Airport Parking, Mileage |
| 2. | Loyola Law School | 06/08-09/17 | Los Angeles, Cal | Cal-9th Cir Joint Judicial Council Presentation at Journalist Law School Program | Airfare, Lodging, Airport Parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Sacramento, California | D | Rent | N | W | | | | | |
| 2. Bank of America Demand Accounts | A | Dividend | J | T | | | | | |
| 3. Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 4. Bank of the West Demand Account | A | Interest | J | T | | | | | |
| 5. State Farm Whole Life Insurance | A | Interest | J | T | | | | | |
| 6. Mineral Rights, Livingston, CA | | None | J | W | | | | | |
| 7. XXXXXXXXXXXX | | | | | | | | | |
| 8. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 9. Merril Lynch Direct Deposit (Cash) Account) | A | Int./Div. | J | T | | | | | |
| 10. Adient PLC SHS -- ADNT | A | Int./Div. | J | T | | | | | |
| 11. Johnson Controls Inter -- JCI | | None | J | T | | | | | |
| 12. Mallinckrodt PLC -- MNK (X) | | None | J | T | | | | | |
| 13. Medtronic PLC -- MDT (fka Covidien PLC) | A | Int./Div. | J | T | | | | | |
| 14. Nokia Corp -- NOK | A | Int./Div. | J | T | | | | | |
| 15. Oracle Corp -- ORCL | B | Int./Div. | M | T | Sold (part) | 05/09/17 | K | D | |
| 16. Pentair PLC -- PNR | A | Int./Div. | J | T | | | | | |
| 17. Sirus SM -- SIRI | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TE Connectivity -- TEL | A | Int./Div. | J | T | | | | | |
| 19. - - - - - - - - - - - - - - | | | | | | | | | |
| 20. Investments Completely Disposed of from Acct 1 in 2017 | | | | | | | | | |
| 21. Cesca Theraeutics, Inc. - KOOL | | | | | Sold | 05/09/17 | J | A | |
| 22. XXXXXXXXXXXX | | | | | | | | | |
| 23. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 24. Insured Bank Deposit U.S. Bank | A | Int./Div. | J | T | | | | | |
| 25. Dreyfus Technology Growth -- DTGRX | B | Distribution | K | T | | | | | |
| 26. Gateway CL C Reinvestments -- GTECX | A | Int./Div. | J | T | | | | | |
| 27. - - - - - - - - - - - - - - | | | | | | | | | |
| 28. Investments Completely Disposed of from Acct 3 in 2017 | | | | | | | | | |
| 29. None | | | | | | | | | |
| 30. XXXXXXXXXXXX | | | | | | | | | |
| 31. BROKERAGE ACCOUNT #8 IRA ROLLOVER | | | | | | | | | |
| 32. General MMKT Class A Cash Fund | A | Int./Div. | J | T | | | | | |
| 33. First Trust Senior Loan Fund - FTSL | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 34. | | | | | Sold (part) | 07/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   First Trust Utilities Alphadex -- FXU | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 36.   Flexshares Trust Qlty Div Index Fund -- QDF | A | Dividend | J | T | Sold (part) | 03/22/17 | J | A | See Section VIII Note 1 |
| 37. | | | | | Sold (part) | 07/25/17 | J | A | |
| 38.   Global X MSZCI Norway ETF - NORW | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 39.   Goldman Sachs Activebeta US Large Cap Equity ETF -- GSLC | A | Dividend | J | T | Sold (part) | 03/27/17 | J | A | |
| 40. | | | | | Sold (part) | 07/25/17 | J | A | |
| 41.   Ishares MSCI Australia ETF -- EWA | A | Dividend | J | T | Sold (part) | 03/27/17 | J | A | |
| 42. | | | | | Sold (part) | 07/25/17 | J | A | |
| 43.   Ishares Core MSCI EAFE ETF - IEFA | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 44. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 45. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 46. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 47. | | | | | Sold (part) | 07/25/17 | J | A | |
| 48.   Ishares Core MSCI Emerging Markets ETF -- IEMG | A | Dividend | J | T | Buy (add'l) | 03/22/17 | J | | |
| 49. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 50. | | | | | Sold (part) | 12/27/17 | J | A | |
| 51.   Ishares Core S&P 500 ETF -- IVV | A | Dividend | J | T | Sold (part) | 01/03/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares MSCI EAFE ETF -- EFA | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 53. Ishares MSCI EAFE Value ETF -- EFV | A | Dividend | K | T | Sold (part) | 07/25/17 | J | A | |
| 54. Ishares MSCI EAFE Growth ETF -- EFG | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 55. | | | | | Sold (part) | 02/05/17 | J | A | |
| 56. Ishares MSCI All Country Asia Ex Japan - AAXJ | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 57. | | | | | Sold (part) | 07/25/17 | J | A | |
| 58. Ishares U S Financial Services ETF -- IYG | A | Dividend | J | T | Buy (add'l) | 03/27/17 | J | | |
| 59. | | | | | Sold (part) | 07/25/17 | J | A | |
| 60. Ishares Core S&P Small Cap ETF -- IJR | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 61. Ishares U S Consumer Goods ETF -- IYK | A | Dividend | J | T | | | | | |
| 62. Ishares MSCI Canada ETF - EWC | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 63. | | | | | Sold (part) | 07/25/17 | J | A | |
| 64. Ishares Intl Select Dividend ETF -- IDV | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 65. Powershares Aerospace & Defense ETF -- PPA | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 66. Powershares QQQ ETF -- QQQ | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 67. Powershares FTSE RAFI Emerering ETF - PXH | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 68. | | | | | Sold (part) | 07/25/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Blackstone GSO SR LN - SRLN | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 70. | A | Distribution | | | | | | | |
| 71. Sector Healthcare Select Sector SPDR ETF - XLV | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 72. Sector Financial Select Sector SPDR ETF -- XLF | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 73. Consumer Discretionary Select Sector SPDR ETF - XLY | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 74. SPDR Series Trust SPDR NYSE Technology - XNTK (FKA Morgan Stanley Tech | A | Dividend | K | T | Sold (part) | 07/25/17 | J | A | See VIII Note 2 |
| 75. | A | Distribution | | | | | | | |
| 76. SPDR S&P Capital Markets ETF -- KCE | A | Dividend | J | T | | | | | |
| 77. Vanguard Large Cap ETF -- VV | A | Dividend | K | T | Sold (part) | 07/19/17 | J | A | |
| 78. Wisdomtree Trust Europe Hedged Equity Fund ETF -- HEDJ | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 79. | | | | | Sold (part) | 04/20/17 | J | A | |
| 80. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 81. Wisdomtree Trust Intl Hedged Quality Dividend Growth Fund ETF -- IHDG | A | Dividend | K | T | Sold (part) | 07/25/17 | J | A | |
| 82. Wisdomtree Japan Small Cap Dividend ETF -- DFJ | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 83. ALPS Riverfront Strategic Income Fund -- RIGS | A | Dividend | J | T | Sold (part) | 07/25/17 | J | A | |
| 84. Pimco Investment Grade Corporate Bond Index ETF - COPR | A | Distribution | J | T | Buy | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. - - - - - - - - - - - - - - - - - - | | | | | | | | | |
| 86. Investments Completely Disposed of From Invt Acct 8 in 2017 | | | | | | | | | |
| 87. Ishares MSCI Switzerland Capped ETF - EWL | | None | | | Sold | 02/23/17 | J | A | |
| 88. Ishares US Health Care Providers ETF - IHF | A | Dividend | | | Sold (part) | 07/25/17 | J | A | |
| 89. | | | | | Sold | 10/24/17 | J | A | |
| 90. Ishares NASDAQ Biotechnoloby EFT - IBB | | None | | | Sold | 03/22/17 | J | A | |
| 91. Ishares Currency Hedged MSCI Japan ETF - HEWJ | A | Dividend | | | Buy (add'l) | 03/27/17 | J | | |
| 92. | | | | | Sold | 04/20/17 | J | A | |
| 93. Powershares DBW Regional Banking ETF - KBWR | A | Dividend | | | Sold | 03/27/17 | J | A | |
| 94. Powershares S&P 500 Ex Rate Sensitivity Low Vlty ETF - XKRV | A | Dividend | | | Sold | 03/22/17 | J | A | |
| 95. Select Sector TR Real Estate SPDR EFT - XLRE | A | Dividend | | | Sold | 03/27/17 | J | A | |
| 96. SPDR S&P Transportation ETF - XTN | | None | | | Sold | 01/03/17 | J | A | |
| 97. Wisdomtree Large Cap Value ETF - EZY | | None | | | Sold | 01/03/17 | J | A | |
| 98. UBS AG Jersey Branch E Tracks LKD Alerian MLP Infrast Index - MLPI | A | Int./Div. | | | Sold (part) | 06/07/17 | J | A | |
| 99. | | | | | Sold (part) | 07/25/17 | J | A | |
| 100. | | | | | Sold | 10/24/17 | J | A | |
| 101. Pimco 0-5 YR High Yield Corp Bond Index ETF - HYS | A | Dividend | | | Sold (part) | 07/25/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 10/24/17 | J | A | |
| 103. SPDR Bloomberg Barclays Short Term High Yield Bond ETF - SJNK | A | Dividend | | | Sold (part) | 02/03/17 | J | A | |
| 104. | | | | | Sold | 03/15/17 | J | A | |
| 105. XXXXXXXXXXXXXXXX | | | | | | | | | |
| 106. Brokerage Account 9 IRA Rollover | | | | | | | | | |
| 107. CASH/MMONEY MARKET -- RW Baird Genal MMKt Class A | A | Int./Div. | J | T | | | | | |
| 108. Gateway CL A Reinvestments GATEX | A | Dividend | K | T | | | | | |
| 109. Oakmark Intl OAKIX (Hareris Oakmark on Prior Statements) | A | Dividend | M | T | | | | | |
| 110. | A | Distribution | | | | | | | |
| 111. Ishares Russell 1000 Growth EFT IWF | A | Dividend | L | T | | | | | |
| 112. Ishares Russell Mid Cap IWR | A | Dividend | K | T | | | | | |
| 113. Advisory Research MLP & Energy Income INFIX | A | Dividend | K | T | Sold (part) | 02/09/17 | J | A | |
| 114. | | | | | Sold (part) | 04/28/17 | J | A | |
| 115. Principal Mid Cap | B | Distribution | L | T | Sold (part) | 07/20/17 | J | A | |
| 116. | A | Dividend | | | | | | | |
| 117. SPDR Series Trust S&P Dividend SDY | B | Dividend | L | T | | | | | |
| 118. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Sterling Capital Stratton Small Cap STSCX | C | Distribution | L | T | Sold (part) | 02/09/17 | J | A | |
| 120. | A | Dividend | | | | | | | |
| 121. LOCORR Market Trend LOTIX | A | Dividend | K | T | | | | | |
| 122. ASG (NATIXIS) Global Alternatives GAFYX | A | Dividend | K | T | Sold (part) | 02/09/17 | J | A | |
| 123. | | | | | Sold (part) | 11/15/17 | J | A | |
| 124. Principal Global Divversifed Income PGPDX | B | Dividend | K | T | | | | | |
| 125. Blackrock Strategic Income Opptys BSIXX | B | Dividend | K | T | | | | | |
| 126. Eaton Vance Global Macro Absolute Return EIGMX | B | Dividend | K | T | | | | | |
| 127. Loomis Sayles Bond Instl LSBDX | A | Dividend | K | T | Sold (part) | 02/09/17 | J | A | |
| 128. | A | Distribution | | | | | | | |
| 129. Templeton Global Bond Advisor TGBAX | B | Dividend | K | T | | | | | |
| 130. - - - - - - - - - - - - | | | | | | | | | |
| 131. Investments Completely Disposed of in 2017 From Account 9 | | | | | | | | | |
| 132. None | | | | | | | | | |
| 133. XXXXXXXXXXXXXXXX | | | | | | | | | |
| 134. Trust #1 | | | | | | | | | |
| 135. California Bank and Trust -- Deposit Accounts | A | Interest | | | Closed | 06/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.   Bank of America -- Deposit Accounts | A | Interest | J | T | | | | | |
| 137. | | | | | | | | | |
| 138.   US Goverment Bonds | B | Interest | M | T | Sold (part) | 11/06/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Note 1 -

Line 36 the Stock Market abreviation for Flexshares Trust Qlty Div Index Fund is "QDF." In the 2016 it was listed as "QSF," a typographical error (the "s" key being next to the "d" key). There has been no change in the investment, just correction of the typo in making the 2017 Annual Report.

Note 2 -

Line 75: Name Change from SPDR Series Trust SPDR Morgan Stanley Technology ETF to the the one listed on Line 75 of Section VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544